IN THE UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF TEXAS

GALVESTON DIVISION

| | |
|---|---|
| DAWNA VALENTINE | § |
| | § |
| V. | §  CIVIL ACTION NO. G-11-402 |
| | § |
| CHASE HOME FINANCE LLC | § |

## OPINION AND ORDER

On October 26, 2011, pursuant to an Order issued by Magistrate Judge Froeschner, Plaintiff, Dawna Valentine, filed untimely objections to Judge Froeschner's Report and Recommendation which had been approved and adopted by this Court on September 27, 2011.

Having now re-examined the Report and Recommendation in light of Valentine's objections, the Court remains convinced that Judge Froeschner's findings and recommendation are well grounded in law and in fact.

Accordingly, it is hereby **ORDERED** that Valentine's objections (Instrument no. 18) are **OVERRULED** and that this Court's "Order Adopting Report and Recommendation" (Instrument no 12) is **AFFIRMED**.

SIGNED at Houston, Texas, this ___9th___ day of November, 2011.

Kenneth M. Hoyt
United States District Judge